**Richard O. THOMPSON; Kurt W. Thompson; Kay Alyson Thompson, Appellants**

v.

**FLORIDA WOOD TREATERS, INC.**

v.

**Coastal Supply, Inc.**

**No. 10–1135.**

United States Court of Appeals, Third Circuit.

Submitted Pursuant to Third Circuit L.A.R. 34.1(a) Dec. 16, 2010.

Dec. 29, 2010.

Ronald W. Belfon, Esq., Belfon & Evert, Charlotte Amalie, St. Thomas USVI, K. Glenda Cameron, Esq., Law Offices of K.G. Cameron, Christiansted, St. Croix USVI, for Plaintiff–Appellant.

Howard J. Bashman, Esq., Willow Grove, PA, Samuel T. Grey, Esq., Todd H. Newman, Esq., Nichols, Newman, Logan

& Grey, Christiansted, VI, for Defendant–Appellee.

H.A. Curt Otto, Esq., St. Croix, VI, for Third Party–Appellee.

Before: McKEE, Chief Judge, FUENTES and SMITH, Circuit Judges.

JUDGMENT ORDER

This cause came on to be considered on the record from the District Court for the U.S. Virgin Islands and was submitted on December 16, 2010.[1]

On consideration whereof, it is now hereby ADJUDGED and ORDERED that the judgment of the District Court entered December 6, 2009, 2009 WL 4730784, be and the same is hereby AFFIRMED. All of the above in accordance with the opinion of this Court. Costs taxed against Appellants.

1. The District Court had jurisdiction under 48 U.S.C. § 1612(a) and 28 U.S.C. § 1332. We exercise appellate jurisdiction under 28

U.S.C. § 1291. We conduct plenary review of a District Court's order granting summary judgment. *Anderson v. Wachovia Mortg. Corp.,* 621 F.3d 261, 279 (3d Cir.2010).